UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
1:15-CV-10424-GAO

TD BANK, N.A.
**Plaintiff**

Vs.

ZAFA SMITH, in her capacity as Personal
Representative of the Estate of
Richard J. Medveskas; the United States of
America; Al-Jay, Inc.; and Easton Funeral
Home, Inc.

### AMENDED ORDER

Upon the stipulation of the plaintiff, TD Bank, N.A. (the "Bank") and the Defendant, Zafa Smith, in her capacity as Personal Representative of the Estate of Richard J. Medveskas (the "Estate"), , the only non-defaulted parties remaining in the above titled action,

**ORDERED, ADJUDGED AND DECREED that:**

1. That the surplus funds in the amount of $72,850.07 plus accrued interest (the "Surplus Funds") shall be paid to ZAFA SMITH, in her capacity as Personal Representative of the Estate of Richard J. Medveskas, Norfolk County Probate Court Docket No. NO12P1790EA (the "Estate").

2. That the Estate will take the necessary steps to obtain the Surplus Funds from the registry of the Court and upon payment of the Surplus Funds to the Estate, the Bank shall be discharged from any further liability arising from this action including but not limited to its role as custodian of the Surplus Funds.

3. The Bank has obtained default judgments against the following non-responding Defendants: the United States of America; Al-Jay, Inc.; and Easton Funeral Home, Inc.

4. Each party will bear its own costs and fees.

The foregoing is hereby entered as an Order of the Court.

_____
United States Judge                    Dated: 4/14/16

F:\Contents\Banknorth, N.A\Medveskas\Interpleader\Stipulation_Order_11_11_2015.doc